■ Betzy Quiroz, Appellant, v Leslie Edelman of N. Y., Inc., Respondent. [638 NYS2d 154] —In an action to recover damages for wrongful death, the plaintiff appeals from an order and judgment (one paper) of the Supreme Court, Suffolk County (Underwood, J.), dated November 23, 1994, which granted the defendant's motion for summary judgment.

Ordered that the order and judgment is affirmed, with costs.

The plaintiff seeks to hold the defendant, a firearms dealer, liable for selling a firearm to Humberto Del Rio who used it in a multiple homicide the day following the sale. As we recognized in *Jantzen v Leslie Edelman of N. Y.* (206 AD2d 406), an action brought by another victim of the same homicide, the sale of the firearm merely furnished the condition for the unfortunate occurrence. Thus, as a matter of law, there can be no finding of proximate cause. Accordingly, summary judgment was properly granted. Balletta, J. P., O'Brien, Ritter, Pizzuto and Altman, JJ., concur.

■ Alethia Robinson, Respondent, v Benjamin Robinson, Also Known as Benjamin E. Robinson, Appellant. [638 NYS2d 336] —Appeal by the defendant from stated portions of an order of the Supreme Court Kings County (Rigler, J.), dated November 10, 1994.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Rigler at the Supreme Court, and the stay of enforcement of the order granted by this Court by decision and order on motion dated March 7, 1995, is vacated forthwith. Bracken, J. P., Miller, Joy, Hart and Krausman, JJ., concur.